IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-03017 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(a)(6): False |
| TREVOR KENT HUENEMAN, | ) | Statement During Purchase of |
| | ) | Firearm |
| Defendant. | ) | |

The Grand Jury charges:

## Count 1
### False Statement During Purchase of a Firearm

On or about July 21, 2022, in the Northern District of Iowa, defendant TREVOR KENT HUENEMAN, in connection with his attempted acquisition of a firearm, namely a Glock .40 caliber S&W pistol, from EzPawn in Mason City, Iowa, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made false statements and representations with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of EzPawn, in that the defendant represented (1) he had not been previously convicted of a crime punishable by imprisonment for a term exceeding one year, when in fact defendant had; (2) he was not subject to a court order restraining him from harassing, stalking, or threatening an intimate partner, when in fact defendant was; and (3) he had not been convicted of a crime of misdemeanor domestic violence, when in fact the defendant had.

Defendant, TREVOR KENT HUENEMAN, was previously convicted of the following crimes punishable by imprisonment for a term exceeding one year: Theft 2nd Degree, pursuant to Iowa Code Section 714.2(2), in Iowa District Court for Hancock County, in case number FECR012918, on or about November 5, 2021; and Dominion/Control of a Firearm by a Domestic Abuse Offender, pursuant to Iowa Code Section 724.26 (2)(a), in Iowa District Court for Hancock County, in case number FECR012991, on or about March 15, 2022.

Defendant, TREVOR KENT HUENEMAN was previously convicted of the following crime of misdemeanor domestic violence: Domestic Abuse Assault, pursuant to Iowa Code Section 708.1(2)(b) and 708.2A(2)(a), in Iowa District Court for Hancock County, in case number FECR012881, on or about August 25, 2021.

Defendant, TREVOR KENT HUENEMAN was subject to a to court order restraining him from harassing, stalking, or threatening an intimate partner issued in Iowa District Court for Garner County on November 23, 2021, and expiring on March 15, 2027.

This was in violation of 18 U.S.C. § 922(a)(6) and 924(a)(2).

A TRUE BILL

s/ Foreperson
_____   7/19/23
Grand Jury Foreperson            Date

TIMOTHY T. DUAX
United States Attorney
By: K. R. Hamit
KRAIG HAMIT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

JUL 20 2023

And filed _____
PAUL DE YOUNG, CLERK